OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

August 9, 2019

**VIA E-MAIL**

    Clerk, USDC/NDWV - (InterdistrictTransfer_WVND@wvnd.uscourts.gov)

    RE:    <u>In re:  Sitagliptin Phosphate ('708 & '921) Patent Litigation</u> – MDL 2902

**CA No.: 1:19-00101** – <u>**Merck Sharp & Dohme Corp. v. Mylan Pharmaceuticals, Inc.**</u>

Dear Clerk:

    In accordance with 28 U.S.C. §1407, attached is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multi-District Litigation which references the above-captioned case in your District.  Please electronically transfer the above-listed Civil Action to the District of Delaware at the following address:

**InterdistrictTransfer_DED@ded.uscourts.gov**

    Should you have any questions, you may contact me at (302) 573-6170.

    Sincerely,

    John A. Cerino, Clerk

    By:    /s_____
        Bob Cruikshank,
        Intake Supervisor

Enc.
cc:   Clerk of the Panel