# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK SHARP & DOHME CORP., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 19-310 (RGA) |
| ) | |
| v. ) | |
| ) | |
| ALVOGEN PINE BROOK LLC F/K/A ) | |
| ALVOGEN PINE BROOK, INC., ) | |
| ALVOGEN MALTA OPERATIONS LTD., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 30, 2019, true and correct copies of (1) Defendants Alvogen Pine Brook LLC and Alvogen Malta Operations Ltd.'s Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1-6) and (2) Defendants Alvogen Pine Brook LLC and Alvogen Malta Operations Ltd.'s Objections and Responses to Plaintiff's First Set of Requests for Production (Nos. 1-78) were caused to be served on the following counsel as indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Michael P. Kelly | Bruce R. Genderson |
| Daniel M. Silver | Jessamyn S. Berniker |
| Alexandra M. Joyce | Stanley E. Fisher |
| McCarter & English, LLP | Alexander S. Zolan |
| Renaissance Centre | Shaun P. Mahaffy |
| 405 N. King Street, 8th Floor | Anthony H. Sheh |
| Wilmington, DE 19801 | Jingyuan Lu |
| | Williams & Connolly LLP |
| | 725 Twelfth Street, N.W. |
| | Washington, DC 20005 |

| | |
|---|---|
| OF COUNSEL:<br><br>Matthew J. Becker<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103-3702<br>(860) 275-8100<br>mbecker@axinn.com<br><br>Brett Garrison<br>AXINN, VELTROP & HARKRIDER LLP<br>950 F St NW<br>Washington, DC 20004<br>(202) 912-4700<br>bgarrison@axinn.com<br><br>Dated:  September 30, 2019 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Renée M. Mosley (#6442)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>mosley@rlf.com<br><br>*Attorneys for Defendants*<br>*Alvogen Pine Brook LLC and*<br>*Alvogen Malta Operations Ltd.* |