# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: SITAGLIPTIN PATENT LITIGATION | ) ) | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff, <br><br> v. <br><br> ACCORD HEALTHCARE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:19-cv-02192-RGA |

## NOTICE OF SERVICE

I hereby certify that on January 31, 2020, my firm caused to be served (i) *Defendant Accord Healthcare, Inc.'s Rule 26(a)(1) Initial Disclosures*; and (ii) *Defendant Accord Healthcare, Inc.'s Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery* upon the following counsel of record via email:

> Michael P. Kelly, Esq.
> Daniel M. Silver, Esq.
> Alexandra M. Joyce, Esq.
> MCCARTER & ENGLISH, LLP
> Renaissance Centre
> 405 N. King Street, 8th Floor
> Wilmington, DE 19801
> T: (302) 984-6300
> mkelly@mccarter.com
> dsilver@mccarter.com
> ajoyce@mccarter.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>A. Neal Seth (pro hac vice)<br>Laura R. Braden (pro hac vice)<br>WILEY<br>1776 K St., NW<br>Washington, DC 20036<br>(202) 719-7000 phone<br>(202) 719-7049 facsimile<br>nseth@wiley.law<br>lbraden@wiley.law<br><br>Dated:  January 31, 2020 |  */s/ John M. Seaman*<br>John M. Seaman (#3868)<br>April M. Kirby (#6152)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>(302) 778-1000 phone<br>(302) 778-1001 facsimile<br>seaman@abramsbayliss.com<br>akirby@abramsbayliss.com<br><br>*Attorneys for Defendant*<br>*Accord Healthcare, Inc.* |