## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br>Plaintiff,<br><br>v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 19-347-RGA |

### STIPULATION OF DISMISSAL OF DEFENDANT LUPIN LIMITED'S THIRD AND FOURTH COUNTERCLAIMS WITHOUT PREJUDICE

The parties, Plaintiff Merck Sharp & Dohme Corp. ("Merck") and Defendant Lupin Limited ("Lupin"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Third and Fourth Counterclaims in Defendant Lupin Limited's Answer, Defenses, and Counterclaims (D.I. 12), are dismissed without prejudice. No prejudice to any party will result from this dismissal and the dismissal is not intended to affect any party's other claims or counterclaims in this case. Each party shall bear its own costs and fees.

RLF1 22934714v.1

| | |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Frederick L. Cottrell, III |
| Michael P. Kelly (#2295) | Frederick L. Cottrell, III (#2555) |
| Daniel M. Silver (#4758) | Alexandra M. Ewing (#6407) |
| Alexandra M. Joyce (#6423) | RICHARDS, LAYTON & FINGER, P.A. |
| MCCARTER & ENGLISH, LLP | One Rodney Square |
| Renaissance Centre | 920 North King Street |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 651-7700 |
| (302) 984-6300 | cottrell@rlf.com |
| mkelly@mccarter.com | ewing@rlf.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |
| *Attorneys for Plaintiff Merck Sharp & Dohme Corp.* | |

Dated: February 19, 2020

**IT IS SO ORDERED**, this 20  day of February, 2020.

THE HONORABLE RICHARD G. ANDREWS