**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: SITAGLIPTIN PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> ACCORD HEALTHCARE, INC., <br><br> *Defendant*. | C.A. No. 19-2192-RGA |

**CONSENT JUDGMENT**

Merck Sharp & Dohme Corp. (hereinafter "Merck"), and Accord Healthcare Inc. (hereinafter "Accord"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement").  Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 27 day of March, 2020:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Accord Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 214054 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patent" shall mean United States Patent Number 7,326,708; and (iii) the term

"Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Accord; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3.      Unless otherwise specifically authorized pursuant to the Settlement Agreement, Accord, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Accord Product.

4.      Compliance with this Consent Judgment may be enforced by Merck and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5.      This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6.      All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

/s/ Richard G. Andrews
_____
United States District Judge

We hereby consent to the form and entry of this Order:

Dated: March 26, 2020

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T: (302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Of Counsel:*

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Alexander Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme Corp.*

Respectfully submitted,

ABRAMS & BAYLISS LLP

*/s/ April M. Kirby*
John M. Seaman (#3868)
April M. Kirby (#6152)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
seaman@abramsbayliss.com
akirby@abramsbayliss.com

*Of Counsel*

Neal Seth
Laura R. Braden
WILEY
1776 K Street NW
Washington D.C. 20006
Telephone: 202-719-7000
nseth@wiley.law
lbraden@wiley.law

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

3