IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>MACLEODS PHARMACEUTICALS LIMITED, and MACLEODS PHARMA USA, INC.,<br><br>*Defendants*. | C.A. No. 19-316-RGA |

**CONSENT JUDGMENT**

Merck Sharp & Dohme Corp. (hereinafter "Merck"), and Macleods Pharmaceuticals Limited and Macleods Pharma USA, Inc. (hereinafter collectively "Macleods"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in two Settlement Agreements (the "Settlement Agreements"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this  28  day of April, 2020:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

ME1 33223193v.1

2. As used in this Consent Judgment, (i) the term "Macleods Products" shall mean the drug products sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 211073 and Abbreviated New Drug Application No. 212338 (and defined in greater detail in the Settlement Agreements); (ii) the term "Licensed Patent" shall mean United States Patent Number 7,326,708; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Macleods; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreements, Macleods, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Macleods Products.

4. Compliance with this Consent Judgment may be enforced by Merck and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreements.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreements.

ME1 33223193v.1

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

      /s/ Richard G. Andrews
   Richard G. Andrews, U.S.D.J.

We hereby consent to the form and entry of this Order:

ME1 33223193v.1

Dated: April 28, 2020

| MCCARTER & ENGLISH, LLP | ABRAMS & BAYLISS LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ John M. Seaman |
| Michael P. Kelly (#2295) | John M. Seaman (#3868) |
| Daniel M. Silver (#4758) | April M. Kirby (#6152) |
| Alexandra M. Joyce (#6423) | 20 Montchanin Road |
| Renaissance Centre | Suite 200 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19807 |
| Wilmington, Delaware 19801 | (302) 778-1000 phone |
| (302) 984-6300 | (302) 778-1001 facsimile |
| mkelly@mccarter.com | seaman@abramsbayliss.com |
| dsilver@mccarter.com | akirby@abramsbayliss.com |
| ajoyce@mccarter.com | |

OF COUNSEL:

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Alexander Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme Corp.*

OF COUNSEL:

A. Neal Seth (pro hac vice)
Laura R. Braden (pro hac vice)
WILEY
1776 K St., NW
Washington, D.C. 20036
(202) 719-7000 phone
(202) 719-7049 facsimile
nseth@wiley.law
lbraden@wiley.law

*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.*