# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SITAGLIPTIN PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC.<br>and PAR PHARMACEUTICAL, INC.,<br><br>*Defendants*. | C.A. No. 19-311-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 25, 2020, true and correct copies of Defendants

Anchen Pharmaceuticals, Inc. and Par Pharmaceutical, Inc.'s Second Amended and

Supplemental Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery, were

caused to be served upon the following counsel as indicated:

**VIA ELECTRONIC MAIL**
Michael P. Kelly
Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

**VIA ELECTRONIC MAIL**
Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Alexander S. Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
Elise M. Baumgarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
smahaffy@wc.com
asheh@wc.com

RLF1 23622468v.1

jluo@wc.com
ebaumgarten@wc.com

Of Counsel:                                   /s/ Katharine L. Mowery
                                              Steven J. Fineman (#4025)
David H. Silverstein                          Katharine L. Mowery (#5629)
AXINN, VELTROP & HARKRIDER LLP                RICHARDS, LAYTON & FINGER, P.A.
114 West 47th Street                          One Rodney Square
22nd Floor                                    920 N. King Street
New York, NY 10036                            Wilmington, Delaware 19801
(212) 728-2200                                (302) 651-7700
dsilverstein@axinn.com                        fineman@rlf.com
                                              mowery@rlf.com
Aziz Burgy
Christopher M. Gallo                          *Attorneys for Anchen Pharmaceuticals, Inc.*
AXINN, VELTROP & HARKRIDER LLP                *and Par Pharmaceutical, Inc.*
950 F Street, NW
7th Floor
Washington, DC 20004
(202) 912-4700
aburgy@axinn.com
cgallo@axinn.com


Dated: June 25, 2020