IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SITAGLIPTIN PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ALVOGEN PINE BROOK LLC F/K/A ALVOGEN PINE BROOK, INC., ALVOGEN MALTA OPERATIONS LTD., <br><br> *Defendants*. | C.A. No. 19-310-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ANCHEN PHARMACEUTICALS, INC., and PAR PHARMACEUTICAL, INC., <br><br> *Defendants*. | C.A. No. 19-311-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> SANDOZ INC., <br><br> *Defendant*. | C.A. No. 19-312-RGA |

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> APOTEX INC., and APOTEX CORP., <br><br> *Defendants*. | C.A. No. 19-313-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD., <br><br> *Defendants*. | C.A. No. 19-314-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> WATSON LABORATORIES, INC., and TEVA PHARMACEUTICALS USA, INC., <br><br> *Defendants*. | C.A. No. 19-317-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> *Defendant*. | C.A. No. 19-318-RGA |

| | |
|---|---|
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>*Defendant*. | C.A. No. 19-319-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>LUPIN LIMITED, and LUPIN PHARMACEUTICALS, INC.,<br><br>*Defendants*. | C.A. No. 19-347-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>*Defendants*. | C.A. No. 19-1489-RGA |

## **STIPULATION AND ORDER**

WHEREAS, the parties have served their opening, answering and reply briefs relating to claim construction, pursuant to the Scheduling Order (D.I. 13, ¶ 8);

WHEREAS, Plaintiff's opening claim construction brief did not address whether the "absorption band" claim term was a mistake;

3

WHEREAS, the parties dispute whether Plaintiff or Defendants first raised the issue of whether the "absorption band" claim term was a mistake, and whether Plaintiff was entitled to address this argument in its reply brief; and

WHEREAS, in an effort to avoid raising a dispute with the Court, the parties met and conferred and agreed, subject to the approval of the Court, that Defendants would be permitted one additional page (*i.e.*, 250 words per the Court's Standing Order Regarding Briefing in All Cases, dated Dec. 19, 2019) for their sur-reply claim construction brief solely to address the mistake issue.

IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject to the approval of the Court, that the length of Defendants' sur-reply claim construction is extended by 250 words, to be used solely to address the mistake issue.

| McCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Dominick T. Gattuso* |
| Michael P. Kelly (#2295) | Dominick T. Gattuso (#3630) |
| Daniel M. Silver (#4758) | Aaron M. Nelson (#5941) |
| Alexandra M. Joyce (#6423) | 300 Delaware Avenue, Suite 200 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 472-7300 |
| Wilmington, Delaware 19801 | dgattuso@hegh.law |
| (302) 984-6300 | anelson@hegh.law |
| mkelly@mccarter.com | |
| dsilver@mccarter.com | *Attorneys for Defendant Sandoz Inc.* |
| ajoyce@mccarter.com | |
| | |
| *Attorneys for Plaintiff* | |

<div style="display: flex;">

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Aaron M. Nelson (#5941)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
anelson@hegh.law

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Katherine L. Mowery*
Steven J. Fineman (#4025)
Katharine L. Mowery (#5629)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
fineman@rlf.com
mowery@rlf.com

*Attorneys for Defendants Anchen Pharmaceuticals, Inc. and Par Pharmaceutical, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
*Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.*

</div>

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Aaron M. Nelson (#5941)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
anelson@hegh.law

*Attorneys for Defendants Watson Laboratories, Inc., and Teva Pharmaceuticals USA, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Renee Mosley Delcollo*
Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com

*Attorneys for Defendants Alvogen Pine Brook LLC, and Alvogen Malta Operations Ltd.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

5

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Alexandra M. Ewing
Frederick L. Cottrell, III (#2555)
Alexandra M. Ewing (#6407)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Cottrell@rlf.com
Ewing@rlf.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorney for Defendant Mylan Pharmaceuticals Inc.*

Dated: June 26, 2020

IT IS SO ORDERED this __29__ day of ____June_____, 2020.

    /s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE