IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD., *Defendants*. | C.A. No. 19-314-RGA |

## NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff Merck Sharp & Dohme Corp. ("Merck"), will take the deposition upon oral examination of the following individuals on the date and time and at the location indicated below, or as otherwise mutually agreed upon by counsel:

| **Deponent** | **Date & Time** | **Location** |
|---|---|---|
| G. Srinivas | 9/25/2020 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Meenakshi Gidwani | 10/1/2020 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Chintan Dholakia | 10/6/2020 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Dr. Kumar K. Singh | 10/13/2020 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

1

The deposition will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed.  You are invited to attend and participate.

Dated: September 4, 2020

|  |  |
|---|---|
| OF COUNSEL: | **McCARTER & ENGLISH, LLP** |
|  | */s/ Daniel M. Silver* |
| Bruce R. Genderson | Michael P. Kelly (#2295) |
| Jessamyn S. Berniker | Daniel M. Silver (#4758) |
| Stanley E. Fisher | Alexandra M. Joyce (#6423) |
| Elise M. Baumgarten | Renaissance Centre |
| Alexander S. Zolan | 405 N. King Street, 8th Floor |
| Shaun P. Mahaffy | Wilmington, DE 19801 |
| Anthony H. Sheh | (302) 984-6300 |
| Jingyuan Luo | mkelly@mccarter.com |
| WILLIAMS & CONNOLLY LLP | dsilver@mccarter.com |
| 725 Twelfth Street, N.W. | ajoyce@mccarter.com |
| Washington, DC 20005 |  |
| T: (202) 434-5000 | *Attorneys for Plaintiff* |
| F: (202) 434-5029 | *Merck Sharp & Dohme Corp.* |
| bgenderson@wc.com |  |
| jberniker@wc.com |  |
| sfisher@wc.com |  |
| ebaumgarten@wc.com |  |
| azolan@wc.com |  |
| smahaffy@wc.com |  |
| asheh@wc.com |  |
| jluo@wc.com |  |