## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> WATSON LABORATORIES, INC. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Defendant*. | C.A. No. 19-317-RGA |

### NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1),

Plaintiff Merck Sharp & Dohme Corp. ("Merck"), will take the deposition upon oral examination

of the following individuals on the date and time and at the location indicated below, or as

otherwise mutually agreed upon by counsel:

| Deponent | Date & Time | Location |
|---|---|---|
| Harsha Godiwala | 10/30/2020 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Hemant Mamania | 11/5/2020 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Rajesh Patil | 11/10/2020 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Sameer Satam | 11/13/2020 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

ME1 34186683v.1

The deposition will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed.  You are invited to attend and participate.

Dated: September 4, 2020

McCARTER & ENGLISH, LLP

OF COUNSEL:

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Elise M. Baumgarten
Alexander S. Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
ebaumgarten@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com

 /s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme Corp.*

2

ME1 34186683v.1