# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. SUN PHARMACEUTICAL INDUSTRIES LTD., *Defendant*. | C.A. No. 19-319-RGA |

## NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff Merck Sharp & Dohme Corp. ("Merck"), will take the deposition upon oral examination of the following individuals on the date and time and at the location indicated below, or as otherwise mutually agreed upon by counsel:

| Deponent | Date & Time | Location |
|---|---|---|
| Nayna Duptardar | 11/5/2020 at 9:30 a.m. ET | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Rajiv Mathur | 11/6/2020 at 9:30 a.m. ET | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Kankhoba Walavalkar | 11/10/2020 at 9:30 a.m. ET | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Daxesh Patel | 11/12/2020 at 9:30 a.m. ET | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

1

ME1 34439125v.1

| Vishwanath Kenkare | 11/17/2020 at 9:30 a.m. ET | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
|---|---|---|
| Kanaksingh Jadhav | 11/20/2020 at 9:30 a.m. ET | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

The deposition will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

Dated: October 6, 2020

                                              **McCARTER & ENGLISH, LLP**

OF COUNSEL:                                        */s/ Daniel M. Silver*
                                                  Michael P. Kelly (#2295)

Bruce R. Genderson                  Daniel M. Silver (#4758)
Jessamyn S. Berniker               Alexandra M. Joyce (#6423)
Stanley E. Fisher                      Renaissance Centre
Elise M. Baumgarten              405 N. King Street, 8th Floor
Alexander S. Zolan                 Wilmington, DE 19801
Shaun P. Mahaffy                  (302) 984-6300
Anthony H. Sheh                   mkelly@mccarter.com
Jingyuan Luo                         dsilver@mccarter.com
WILLIAMS & CONNOLLY LLP     ajoyce@mccarter.com
725 Twelfth Street, N.W.
Washington, DC 20005              *Attorneys for Plaintiff*
T: (202) 434-5000                    *Merck Sharp & Dohme Corp.*
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
ebaumgarten@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com

ME1 34439125v.1