IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. MYLAN PHARMACEUTICALS INC., *Defendant*. | C.A. No. 19-1489-RGA |

## AMENDED NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff Merck Sharp & Dohme Corp. ("Merck"), will take the deposition upon oral examination of the following individual on the date and time and at the location indicated below, or as otherwise mutually agreed upon by counsel:

| **Deponent** | **Date & Time** | **Location** |
|---|---|---|
| Ruchira Sarbajna | 11/19/2020 at 4 a.m. EST/2:30 p.m. IST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

The deposition will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

1

Dated: November 11, 2020

|  |  |
|---|---|
| OF COUNSEL: | **McCARTER & ENGLISH, LLP** |
|  | */s/ Alexandra M. Joyce* |
| Bruce R. Genderson | Michael P. Kelly (#2295) |
| Jessamyn S. Berniker | Daniel M. Silver (#4758) |
| Stanley E. Fisher | Alexandra M. Joyce (#6423) |
| Elise M. Baumgarten | Renaissance Centre |
| Alexander S. Zolan | 405 N. King Street, 8th Floor |
| Shaun P. Mahaffy | Wilmington, DE 19801 |
| Anthony H. Sheh | (302) 984-6300 |
| Jingyuan Luo | mkelly@mccarter.com |
| WILLIAMS & CONNOLLY LLP | dsilver@mccarter.com |
| 725 Twelfth Street, N.W. | ajoyce@mccarter.com |
| Washington, DC 20005 |  |
| T: (202) 434-5000 | *Attorneys for Plaintiff* |
| F: (202) 434-5029 | *Merck Sharp & Dohme Corp.* |
| bgenderson@wc.com |  |
| jberniker@wc.com |  |
| sfisher@wc.com |  |
| ebaumgarten@wc.com |  |
| azolan@wc.com |  |
| smahaffy@wc.com |  |
| asheh@wc.com |  |
| jluo@wc.com |  |