IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 20-949-RGA <br> C.A. No. 20-1099-RGA |

**NOTICE OF WITHDRAWAL OF CERTAIN DELAWARE COUNSEL**

Please withdraw the appearance of Neal C. Belgam as counsel for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. ("Aurobindo") in the above-captioned matters. Aurobindo will continue to be represented by all other counsel of record.

Dated: November 20, 2020

                                                                       SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Eve H. Ormerod*
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
eormerod@skjlaw.com

*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.*