

**Daniel M. Silver**
Partner

T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

January 4, 2021

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6325, Unit 9
Wilmington, DE 19801-3555

Re:  *In re Sitagliptin Phosphate ('708 & '921) Patent Litigation,* C.A. Nos. 19-md-2902-RGA, 19-311-RGA, 19-312-RGA, 19-313-RGA, 19-314-RGA, 19-319-RGA, 19-347-RGA, 19-1489-RGA, 20-749-RGA, 20-776-RGA, 20-815-RGA, 20-847-RGA, 20-949-RGA, 20-1099-RGA, & 20-1227-RGA

Dear Judge Andrews,

We represent Plaintiff Merck Sharp & Dohme Corp. ("Merck") in the above-captioned matters. As an update regarding Merck's letter dated December 23, 2020, D.I. 361, on December 29, 2020, Merck filed a request for a certificate of correction in U.S. Patent No. 7,326,708 with the U.S. Patent & Trademark Office to replace the term "characteristic absorption bands . . . at spectral d-spacings" in claims 5–7 with "characteristic diffraction peaks . . . corresponding to d-spacings."

We will write to apprise the Court when the U.S. Patent & Trademark Office has made a determination about the request for a certificate of correction.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All Counsel of Record (via CM/ECF and E-Mail)

ME1 35343493v.1