**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. LUPIN LIMITED, and LUPIN PHARMACEUTICALS, INC., *Defendants*. | C.A. No. 19-347-RGA C.A. No. 20-776-RGA |

**CONSENT JUDGMENT**

Merck Sharp & Dohme Corp. (hereinafter "Merck"), and Lupin Limited and Lupin Pharmaceuticals, Inc. (hereinafter collectively "Lupin"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in three Settlement Agreements (the "Settlement Agreements").  Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 29 day of  January , 2021:

ORDERED, ADJUDGED AND DECREED as follows:

1.      This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2.      As used in this Consent Judgment, (i) the term "Lupin Products" shall mean the drug products sold, offered for sale or distributed pursuant to Abbreviated New Drug

Application Nos. 212546, 214433 and 214339 (and defined in greater detail in the Settlement Agreements); (ii) the term "Licensed Patent" shall mean United States Patent Number 7,326,708; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Lupin; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3.      Unless otherwise specifically authorized pursuant to the Settlement Agreements, Lupin, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Lupin Products in or for the United States.

4.      Compliance with this Consent Judgment may be enforced by Merck and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreements.

5.      This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreements.

6.      All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

/s/ Richard G. Andrews

Richard G. Andrews, U.S.D.J.

We hereby consent to the form and entry of this Order:

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce

Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T: (302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Elise M. Baumgarten
Alexander S. Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
Sarahi Uribe
Jihad Komis*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029

*Admitted only in Michigan. Practice
supervised by D.C. Bar members pursuant
to D.C. Court of Appeals Rule 49(c)(8).

Attorneys for Plaintiff
Merck Sharp & Dohme Corp.

RICHARDS, LAYTON & FINGER, P.A.

/s/ Alexandra M. Ewing

Frederick L. Cottrell, III (#2555)
Alexandra M. Ewing (#6407)
920 N. King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Cottrell@rlf.com
Ewing@rlf.com

OF COUNSEL:

William R. Zimmerman
Jonathan E. Bachand
Andrea L. Cheek
KNOBBE, MARTENS, OLSON & BEAR,
LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Bill.Zimmerman@knobbe.com
Jonathan.Bachand@knobbe.com
Andrea.Cheek@knobbe.com

Attorneys for Lupin Limited and Defendant
Lupin Pharmaceuticals, Inc.