# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., *Defendants*. | C.A. No. 20-949-RGA<br><br>C.A. No. 20-1099-RGA |

## NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff Merck Sharp & Dohme Corp. ("Merck"), will take the deposition upon oral examination of the following individuals on the date and time and at the location indicated below, or as otherwise mutually agreed upon by counsel:

| **Deponent** | **Date & Time** | **Location** |
|---|---|---|
| V. Naga Prasad | 2/15/2021 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Sreekanth Manikonda | 2/17/2021 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Ramesh Raghavendra | 2/19/2021 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| T. Chandiran | 2/22/2021 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

1

| Hemant Kumar Sharma | 2/24/2021 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

The deposition will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

Dated: February 05, 2021

OF COUNSEL:

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Elise M. Baumgarten
Alexander S. Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
Sarahi Uribe
Jihad Komis*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
ebaumgarten@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com
suribe@wc.com
jkomis@wc.com

*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

**McCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme Corp.*