IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., *Defendants*. | C.A. No. 20-1099-RGA |

**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF MERCK SHARP & DOHME CORP.'S FIRST AMENDED COMPLAINT**

WHEREAS, Merck Sharp & Dohme Corp. ("Merck") filed its Complaint in C.A. No. 20-1099-RGA against defendants Aurobindo Pharma USA Inc.'s and Aurobindo Pharma Ltd.'s (collectively, "Aurobindo") on August 21, 2020, alleging infringement of U.S Patent No. 7,326,708 ("the '708 patent") arising out of Aurobindo's submission of Abbreviated New Drug Application ("ANDA") No. 214859 to the U.S. Food and Drug Administration; and

WHEREAS, Merck seeks leave to amend its complaint in C.A. No. 20-1099-RGA to add allegations of infringement of U.S. Patent Nos. 8,414,921 under 35 U.S.C. § 271, and request for declaratory judgment of patent infringement under 28 U.S.C. §§ 2201 and 2202; and

WHEREAS, the Court's Order to Extend Time, (D.I. 39), set February 24, 2021, as the deadline for amendment to the pleadings; and

WHEREAS, Aurobindo does not oppose such amendments, which are reflected in the First Amended Complaint attached hereto as Exhibit A;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and subject to the Court's approval, that pursuant to the Court's Order to Extend Time, (D.I. 39), Fed. R. Civ. P.15(a), and D. Del. L.R. 15.1, and in the interests of judicial efficiency, the proposed First Amended Complaint attached hereto as Exhibit A shall be docketed by the Court as the First Amended Complaint and shall be deemed served upon filing. A form of the First Amended Complaint indicating in what respects it differs from the Complaint is attached as Exhibit B.

DATED: February 16, 2021

| **MCCARTER & ENGLISH, LLP** | **SMITH, KATZENSTEIN & JENKINS LLP** |
|---|---|
| */s/ Daniel M. Silver* | */s/ Eve H. Ormerod* |
| Michael P. Kelly (#2295) | Eve H. Ormerod |
| Daniel M. Silver (#4758) | 1000 West Street, Suite 1501 |
| Alexandra M. Joyce (#6423) | Wilmington, DE 19801 |
| Renaissance Centre | (302) 652-8400 |
| 405 N. King Street, 8th Floor | eormerod@skjlaw.com |
| Wilmington, DE 19801 | |
| (302) 984-6300 | *Attorney for Defendants* |
| mkelly@mccarter.com | *Aurobindo Pharma Limited and* |
| dsilver@mccarter.com | *Aurobindo Pharma USA, Inc.* |
| ajoyce@mccarter.com | |

OF COUNSEL:

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Alexander S. Zolan
Elise M. Baumgarten
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
Sarahi Uribe
Jihad J. Komis*
Jeffrey G. Ho
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
ebaumgarten@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com
suribe@wc.com
jkomis@wc.com
jho@wc.com

*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

*Attorneys for Plaintiff Merck Sharp & Dohme Corp.*

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge