IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SITAGLIPTIN PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>Plaintiff,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC. and PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | C.A. No. 19-311-RGA |

**CONSENT JUDGMENT**

Merck Sharp & Dohme Corp. (hereinafter "Merck"), and Anchen Pharmaceuticals, Inc. and Par Pharmaceutical, Inc. (hereinafter collectively "Anchen"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 2 day of March, 2021:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Anchen Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug

Application No. 204144 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patent" shall mean United States Patent Number 7,326,708; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Anchen; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Anchen, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing the Anchen Product.

4. Compliance with this Consent Judgment may be enforced by Merck and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Richard G. Andrews, U.S.D.J.

ME1 35828980v.1

We hereby consent to the form and entry of this Order:

/s/ *Alexandra M. Joyce*  
Michael P. Kelly (#2995)  
Daniel M. Silver (#4758)  
Alexandra M. Joyce (#6423)  
McCARTER & ENGLISH, LLP  
Renaissance Centre  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  
(302) 984-6300  
mkelly@mccarter.com  
dsilver@mccarter.com  
ajoyce@mccarter.com  

Bruce R. Genderson  
Jessamyn S. Berniker  
Stanley E. Fisher  
Alexander S. Zolan  
Elise M. Baumgarten  
Shaun P. Mahaffy  
Anthony H. Sheh  
Jingyuan Luo  
Sarahi Uribe  
Jihad J. Komis*  
Jeffrey G. Ho  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005  
T: (202) 434-5000  
F: (202) 434-5029  

*\*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).*

*Attorneys for Merck*

/s/ *Steven J. Fineman*  
Steven J. Fineman (#4025)  
Katharine L. Mowery (#5629)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
(302) 651-7700  
fineman@rlf.com  
mowery@rlf.com  

David Silverstein  
AXINN, VELTROP & HARKRIDER LLP  
114 West 47th Street  
New York, NY 10036  
(212) 728-2200  
dsilverstein@axinn.com  

Aziz Burgy  
AXINN, VELTROP & HARKRIDER LLP  
950 F Street, NW  
Washington, DC 20004  
(202) 912-4700  
aburgy@axinn.com  

*Attorneys for Anchen*

Dated: March 1, 2021