# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. APOTEX INC. AND APOTEX CORP., *Defendants*. | C.A. No. 19-313-RGA<br>C.A. No. 20-749-RGA |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **Second Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)** were caused to be served on March 19, 2021 upon the following counsel in the manner indicated:

## VIA EMAIL

John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street
Suite 2900
Charlotte, NC 28208-4213
(704) 444-2000
joe.janusz@kattenlaw.com

ME1 36052216v.1

Guylaine Hache<br>
KATTEN MUCHIN ROSENMAN LLP<br>
525 W. Monroe Street<br>
Chicago, IL 60661<br>
(312) 902-5619<br>
guylaine.hache@kattenlaw.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Dated: March 19, 2021

| OF COUNSEL: | MCCARTER & ENGLISH, LLP |
|---|---|
| Bruce R. Genderson | |
| Jessamyn S. Berniker | /s/ *Daniel M. Silver* |
| Stanley E. Fisher | Michael P. Kelly (#2295) |
| Elise M. Baumgarten | Daniel M. Silver (#4758) |
| Alexander S. Zolan | Alexandra M. Joyce (#6423) |
| Shaun P. Mahaffy | Renaissance Centre |
| Anthony H. Sheh | 405 N. King Street, 8th Floor |
| Jingyuan Luo | Wilmington, DE 19801 |
| Jihad Komis | (302) 984-6300 |
| Sarahi Uribe | mkelly@mccarter.com |
| Jihad Komis* | dsilver@mccarter.com |
| Jeffrey G. Ho | ajoyce@mccarter.com |
| WILLIAMS & CONNOLLY LLP | |
| 725 Twelfth Street, N.W. | *Attorneys for Plaintiff* |
| Washington, DC 20005 | *Merck Sharp & Dohme Corp.* |
| T: (202) 434-5000 | |
| F: (202) 434-5029 | |
| bgenderson@wc.com | |
| jberniker@wc.com | |
| sfisher@wc.com | |
| azolan@wc.com | |
| ebaumgarten.com | |
| smahaffy@wc.com | |
| asheh@wc.com | |
| jluo@wc.com | |
| suribe@wc.com | |
| jkomis@wc.com | |
| jho@wc.com | |

*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

2