# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 20-949-RGA <br> C.A. No. 20-1099-RGA |

## NOTICE OF JOINDER

Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. ("Aurobindo"), by and through their undersigned counsel, hereby join Defendants' Initial Invalidity Contentions, served on October 20, 2020 (D.I. 278) and Defendants' Supplemental Invalidity Contentions, served on March 19, 2021 (D.I. 434) (collectively, the "Invalidity Contentions").  Aurobindo adopts and incorporates by reference the legal arguments and authorities asserted in the Invalidity Contentions and reserves any right to conduct discovery and be heard before this Court with respect to the contentions.

| | |
|---|---|
| Dated: March 22, 2021 | SMITH, KATZENSTEIN & JENKINS LLP <br><br> */s/ Eve H. Ormerod* <br> Eve H. Ormerod (No. 5369) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> eormerod@skjlaw.com <br><br> *Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* |