# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. APOTEX INC. and APOTEX CORP., *Defendants*. | C.A. No. 20-749-RGA |

**STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION**

Plaintiff Merck Sharp & Dohme Corp. ("Merck") and Defendants Apotex Inc. and Apotex Corp. ("Apotex") (collectively, "the Parties") hereby submit the following stipulation regarding claim construction in Civil Action No. 20-749-RGA concerning U.S. Patent No. 7,468,459 (the "'459 patent"):

Whereas the Parties exchanged lists of claim terms for construction on April 2, 2021 pursuant to the Parties' Stipulation (D.I. 58, 72);

Whereas neither Merck nor Apotex identified any claim terms as requiring construction by the Court for the '459 patent;

Whereas the Parties conferred regarding the April 9, 2021 submission deadline for the Joint Claim Construction Chart (*see* D.I. 58, 72) and confirmed their agreement that no terms of the '459 patent required construction by the Court at this time, and therefore, did not submit a Joint Claim Construction Chart to the Court;

NOW THEREFORE it is hereby stipulated by and among the Parties, through their respective counsel, and subject to approval of the Court, as follows:

The parties agree that no terms of the '459 patent require a *Markman* construction by the Court at this time, *i.e.*, the Parties are not proposing competing constructions for any terms. As such, the Parties respectfully request the Court to remove from the case schedule in Civil Action No. 20-749-RGA all future claim construction deadlines and hearings with respect to the '459 patent, and in particular, the following:

- Merck's Opening *Markman* Brief (April 23, 2021)
- Apotex's Responsive *Markman* Brief (May 7, 2021)
- Merck's Reply *Markman* Brief (May 21, 2021)
- Apotex's Sur-reply *Markman* Brief (June 4, 2021)

Nothing in this stipulation shall affect any other claim construction deadlines that may remain in the MDL Action (C.A. 19-md-2902-RGA) or the related actions.

Dated: April 13, 2021

| MCCARTER & ENGLISH, LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ David A. Bilson* |
| Michael P. Kelly (#2295) | John C. Phillips, Jr. |
| Daniel M. Silver (#4758) | David A. Bilson |
| Alexandra M. Joyce (#6423) | 1200 North Broom Street |
| Renaissance Centre | Wilmington, DE 19806 |
| 405 N. King Street, 8th Floor | (302) 655-4200 |
| Wilmington, DE 19801 | jcp@pmhdelaw.com |
| T: (302) 984-6300 | dab@pmhdelaw.com |
| mkelly@mccarter.com | |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Bruce R. Genderson<br>Jessamyn S. Berniker<br>Stanley E. Fisher<br>Elise M. Baumgarten<br>Alexander S. Zolan<br>Shaun P. Mahaffy<br>Anthony H. Sheh<br>Jingyuan Luo<br>Jihad Komis<br>Sarahi Uribe<br>Jihad Komis*<br>Jeffrey G. Ho<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>T: (202) 434-5000<br>F: (202) 434-5029<br>bgenderson@wc.com<br>jberniker@wc.com<br>sfisher@wc.com<br>azolan@wc.com<br>ebaumgarten.com<br>smahaffy@wc.com<br>asheh@wc.com<br>jluo@wc.com<br>suribe@wc.com<br>jkomis@wc.com<br>jho@wc.com<br><br>*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).<br><br>*Attorneys for Plaintiff*<br>*Merck Sharp & Dohme Corp.* | Joseph M. Janusz<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street<br>Suite 2900<br>Charlotte, NC 28208-4213<br>(704) 444-2000<br>joe.janusz@kattenlaw.com<br><br>Guylaine Hache<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>(312) 902-5619<br>guylaine.hache@kattenlaw.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |

SO ORDERED this   13   day of    April    , 2021.

                                           /s/ Richard G. Andrews
                                           United States District Judge