IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC., and CADILA HEALTHCARE LTD,<br><br>*Defendants*. | C.A. No. 1:21-cv-00315-RGA |

**CADILA HEALTHCARE LIMITED'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Cadila Healthcare Limited hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of Cadila Healthcare Limited.

Dated: April 19, 2021

Respectfully submitted,

By: */s/ John C. Phillips, Jr.*
    John C. Phillips, Jr. (No. 110)
    David A. Bilson (No. 4986)
    PHILLIPS MCLAUGHLIN & HALL, P.A.
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    jcp@pmhdelaw.com
    dab@pmhdelaw.com

    *Of counsel*
    Michael J. Gaertner
    David B. Abramowitz
    Carolyn A. Blessing
    Christopher J. Cassella
    LOCKE LORD LLP
    111 South Wacker Drive
    Chicago, IL 60606
    (312) 443-0700
    mgaertner@lockelord.com
    dabramowitz@lockelord.com
    cblessing@lockelord.com
    christopher.cassella@lockelord.com

    *Attorneys for Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Cadila Healthcare Ltd.*