IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Sitagliptin Phospate ('708 & '921) | : | |
| Patent Litigation | : | MDL 19-2902-RGA |
| _____ | : | |
| | : | |
| MERCK SHARP & DOHME CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 21-315-RGA |
| | : | |
| ZYDUS WORLDWIDE DMCC, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER SETTING RULE 16(b) TELEPHONE CONFERENCE**

1.    A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Thursday, May 13, 2021, at 11:00 a.m.**, before the Honorable Richard G. Andrews.  Plaintiff's local counsel shall coordinate a dial-in number for the call, and file a letter on the docket with the dial-in information.

2.    Parties shall confer about scheduling and discovery limitations, and attempt to reach agreement.  The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order – patent," available on the Court's website.  No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - patent."

3.    The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.

 April 29, 2021                                    /s/ Richard G. Andrews
Date                                               United States District Judge