

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

May 11, 2021

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6325, Unit 9
Wilmington, DE 19801-3555

    Re:    *In re Sitagliptin Phosphate ('708 & '921) Patent Litigation,* C.A. Nos. 19-md-2902-RGA, 19-312-RGA, 19-313-RGA, 19-314-RGA, 19-319-RGA, 19-1489-RGA, 20-749-RGA, 20-815-RGA, 20-847-RGA, 20-949-RGA, 20-1099-RGA, & 20-1496-RGA , & 21-315-RGA

Dear Judge Andrews,

    As the court may recall from the *Markman* hearing, U.S. Patent No. 7,326,708 (the "'708 Patent") was the subject of an inter partes review. On May 7, 2021, the PTAB issued its final written decision confirming the patentability of all challenged claims. A copy of that decision is enclosed.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All Counsel of Record (via CM/ECF and E-Mail)

ME1 36506714v.1