# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGA<br><br>C.A. Nos.  19-311-RGA,<br>19-312-RGA,<br>19-313-RGA,<br>19-314-RGA,<br>19-319-RGA,<br>19-347-RGA,<br>19-1489-RGA,<br>20-749-RGA,<br>20-776-RGA,<br>20-815-RGA,<br>20-847-RGA,<br>20-949-RGA,<br>20-1099-RGA,<br>20-1496-RGA |

## NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL ADMITTED *PRO HAC VICE*

Please withdraw the appearance of Jeffrey Ho on behalf of Plaintiff Merck Sharp & Dohme Corp. in the above-captioned actions.  The Plaintiff will continue to be represented by the law firms of McCarter & English, LLP and Williams & Connolly LLP.

DATED: May 25, 2021

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme Corp.*

ME1 36609406v.1