## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. ALKEM LABORATORIES LTD. AND S&B PHARMA, INC., *Defendants*. | C.A. No. 21-824-UNA |

## **DECLARATION OF SERVICE ON S&B PHARMA, INC.**

I, Alexandra M. Joyce, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiff Merck Sharp & Dohme Corp. in these actions.

2. On June 8, 2021, Manish K. Mehta, Esq., of Benesch Friedlander Coplan & Aronoff LLP, counsel for Defendant S&B Pharma, Inc., agreed to accept service of the Complaint and related papers on behalf of Defendant S&B Pharma, Inc. via electronic mail.

3. On June 8, 2021, I sent, via electronic mail, a true and correct copy of the Complaint and related papers to Manish K. Mehta, Esq., of Benesch Friedlander Coplan & Aronoff LLP, with a copy to Zaiba Baig of Benesch Friedlander Coplan & Aronoff LLP, counsel for Defendant S&B Pharma, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

ME1 36708684v.1

| | |
|---|---|
| Dated: June 9, 2021 | MCCARTER & ENGLISH, LLP |
| *Of Counsel:* | /s/ *Alexandra M. Joyce* |
| | Michael P. Kelly (#2295) |
| Bruce R. Genderson | Daniel M. Silver (#4758) |
| Jessamyn S. Berniker | Alexandra M. Joyce (#6423) |
| Stanley E. Fisher | Renaissance Centre |
| Alexander S. Zolan | 405 North King Street, 8th Floor |
| Elise M. Baumgarten | Wilmington, DE 19801 |
| Shaun P. Mahaffy | (302) 984-6300 |
| Anthony H. Sheh | mkelly@mccarter.com |
| Jingyuan Luo | dsilver@mccarter.com |
| Sarahi Uribe | ajoyce@mccarter.com |
| Jihad Komis* | |
| WILLIAMS & CONNOLLY LLP | *Attorneys for Plaintiff* |
| 725 Twelfth Street, N.W. | *Merck Sharp & Dohme Corp.* |
| Washington, DC 20005 | |
| T: (202) 434-5000 | |
| F: (202) 434-5029 | |
| bgenderson@wc.com | |
| jberniker@wc.com | |
| sfisher@wc.com | |
| azolan@wc.com | |
| ebaumgarten@wc.com | |
| smahaffy@wc.com | |
| asheh@wc.com | |
| jluo@wc.com | |
| suribe@wc.com | |
| jkomis@wc.com | |

*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).