**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. MYLAN PHARMACEUTICALS INC., *Defendant*. | C.A. No. 19-1489-RGA |

**NOTICE OF REMOTE DEPOSITION OF S. CRAIG DYAR, PH.D.**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff Merck Sharp & Dohme Corp. ("Merck"), by and through its counsel, will take the deposition upon oral examination of S. Craig Dyar, Ph. D. remotely on June 18, 2021 at 9:00 a.m. EST by video or other means, or as otherwise mutually agreed upon by counsel.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and be recorded by stenographic means, and/or sound-and-video means, and will continue from day to day until completed.  You are invited to attend and participate.

1

ME1 36747698v.1

Dated: June 14, 2021

McCARTER & ENGLISH, LLP

OF COUNSEL:                                     */s/ Daniel M. Silver*

Bruce R. Genderson                              Michael P. Kelly (#2295)
Jessamyn S. Berniker                            Daniel M. Silver (#4758)
Stanley E. Fisher                               Alexandra M. Joyce (#6423)
Alexander S. Zolan                              Renaissance Centre
Elise M. Baumgarten                             405 N. King Street, 8th Floor
Shaun P. Mahaffy                                Wilmington, DE 19801
Anthony H. Sheh                                 (302) 984-6300
Jingyuan Luo                                    mkelly@mccarter.com
Sarahi Uribe                                    dsilver@mccarter.com
Jihad Komis*                                    ajoyce@mccarter.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.                         *Attorneys for Plaintiff*
Washington, DC 20005                             *Merck Sharp & Dohme Corp.*
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
ebaumgarten@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com
suribe@wc.com
jkomis@wc.com

*Admitted only in Michigan. Practice
supervised by D.C. Bar members pursuant
to D.C. Court of Appeals Rule 49(c)(8).*

2