## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> *Defendants*. | C.A. No. 20-949-RGA <br> C.A. No. 20-1099-RGA |

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Defendant*. | C.A. No. 19-319-RGA |

## NOTICE OF REMOTE DEPOSITION OF S. CRAIG DYAR, PH.D.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff Merck Sharp & Dohme Corp. ("Merck"), by and through its counsel, will take the deposition upon oral examination of S. Craig Dyar, Ph. D. remotely on June 18, 2021 at 9:00 a.m. EST by video or other means, or as otherwise mutually agreed upon by counsel.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and be recorded by stenographic means, and/or sound-and-video means, and will continue from day to day until completed.  You are invited to attend and participate.


Dated: June 15, 2021

McCARTER & ENGLISH, LLP

OF COUNSEL:

 */s/ Daniel M. Silver*_____

Michael P. Kelly (#2295)

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Alexander S. Zolan
Elise M. Baumgarten
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
Sarahi Uribe
Jihad Komis*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
ebaumgarten@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com
suribe@wc.com
jkomis@wc.com

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme Corp.*

*\*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).*

ME1 36758843v.1