IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. MYLAN PHARMACEUTICALS INC., *Defendant*. | C.A. No. 19-1489-RGA |

**DEFENDANT MYLAN PHARMACEUTICALS INC.'S
NOTICE TO TAKE VIRTUAL DEPOSITION OF STEVEN LITTLE**

**PLEASE TAKE NOTICE,** pursuant to Federal Rule of Civil Procedure 30, Defendant Mylan Pharmaceuticals Inc., by and through its counsel, shall take the oral deposition of Steven Little. The deposition will commence at 9:00 a.m. (Eastern) on Wednesday, June 30, 2021 via Zoom. The deposition shall take place before a court reporter, notary public, or other person authorized by law to administer oaths, and will continue until complete. The deposition will be recorded by stenographic means and on videotape. The deposition transcript and/or videotape may be used at an evidentiary hearing or trial in accordance with the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

Dated: June 29, 2021

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com


*Attorneys for Defendant
Mylan Pharmaceuticals Inc.*