**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff,* v. MYLAN PHARMACEUTICALS INC., *Defendant.* | C.A. No. 19-1489-RGA |

**DEFENDANT MYLAN PHARMACEUTICALS INC.'S**
**NOTICE TO TAKE VIRTUAL DEPOSITION OF FABIA GOZZO**

**PLEASE TAKE NOTICE,** pursuant to Federal Rule of Civil Procedure 30, Defendant

Mylan Pharmaceuticals Inc., by and through its counsel, shall take the oral deposition of Fabia

Gozzo. The deposition will commence at 3:00 a.m. (Eastern) on Friday, July 2, 2021 via Zoom.

The deposition shall take place before a court reporter, notary public, or other person authorized

by law to administer oaths, and will continue until complete. The deposition will be recorded by

stenographic means and on videotape. The deposition transcript and/or videotape may be used at

an evidentiary hearing or trial in accordance with the Federal Rules of Evidence and the Federal

Rules of Civil Procedure.

1

Dated: June 29, 2021

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com


*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*