

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

June 29, 2021

<u>**VIA CM/ECF**</u>

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6325, Unit 9
Wilmington, DE 19801-3555

    Re:    *In re Sitagliptin Phosphate ('708 & '921) Patent Litigation,*
              C.A. Nos. 19-md-2902-RGA, 19-312-RGA, 19-313-RGA, 19-314-RGA, 19-319-RGA, 19-1489-RGA, 20-749-RGA, 20-815-RGA, 20-847-RGA, 20-949-RGA, 20-1099-RGA, 20-1496-RGA

Dear Judge Andrews,

    Pursuant to the Court's Trial Scheduling Order (D.I. 370), please find below the dial-in information for the telephone status conference that is scheduled for July 2, 2021 at 8:30 a.m. ET:

    **Toll-Free:**

        Conference Number: 1-866-232-4418

        Password: 7451902378

    **International:**

        Conference Number: 1-720-239-6666

        Password: 7451902378

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All Counsel of Record (via CM/ECF and E-Mail)

ME1 36866593v.1