# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 19-319-RGA |

## NOTICE OF REMOTE DEPOSITION OF
## STEVEN R. LITTLE, PH.D.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Defendant Sun Pharmaceutical Industries Ltd., by and through its counsel, will take the deposition upon oral examination of Steven R. Little, Ph.D. ("the Witness") remotely on June 30, 2021 at 9:00 a.m. EST by video or other means, or as otherwise mutually agreed upon by counsel.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths[1] and be recorded by stenographic means, and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

---

[1] The court reporter may administer the oath and take testimony without being in the presence of the Witness, so long as the officer or other person before whom the deposition is to be taken can both see and hear the Witness by audio-video communication equipment or technology for purposes of positively identifying the Witness.

1

| | |
|---|---|
| OF COUNSEL:<br>Charles B. Klein<br>Jovial Wong<br>Claire A. Fundakowski<br>**WINSTON & STRAWN LLP**<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000<br>cklein@winston.com<br>jwong@winston.com<br>cfundakowski@winston.com<br><br>J.R. McNair<br>Jason Z. Pesick<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>jmcnair@winston.com<br>jpesick@winston.com<br><br>Dated June 30, 2021 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>*/s/ Samantha G. Wilson*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant/Counterclaim*<br>*Plaintiff Sun Pharmaceutical Industries Ltd.* |

## CERTIFICATE OF SERVICE

I, Samantha G. Wilson, Esquire, hereby certify that on June 30, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on June 30, 2021, I caused a copy of the foregoing document to be served upon the following counsel by electronic mail:

> Michael P. Kelly
> Daniel M. Silver
> Alexandra M. Joyce
> MCCARTER & ENGLISH, LLP
> Renaissance Centre
> 405 N. King Street, 8th Floor
> Wilmington, DE 19801
> (302) 984-6300
> mkelly@mccarter.com
> dsilver@mccarter.com
> ajoyce@mccarter.com
>
> Bruce R. Genderson
> Jessamyn S. Berniker
> Stanley E. Fisher
> Alexander S. Zolan
> Shaun P. Mahaffy
> Anthony H. Sheh
> Jingyuan Luo
> Elise M. Baumgarten
> Jihad J. Komis
> Sarahi Uribe
> Vanessa O. Omoroghomwan
> WILLIAMS & CONNOLLY LLP
> 725 Twelfth Street, N.W.
> Washington, DC 20005
> (202) 434-5000
> bgenderson@wc.com
> jberniker@wc.com
> sfisher@wc.com
> azolan@wc.com
> smahaffy@wc.com
> asheh@wc.com

jluo@wc.com
ebaumgarten@wc.com
jkomis@wc.com
suribe@wc.com
vomoroghomwan@wc.com

*Attorneys for Merck Sharp & Dohme Corp.*

| | |
|---|---|
| Dated: June 30, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant/Counterclaim Plaintiff Sun Pharmaceutical Industries Ltd.*

2