IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 19-319-RGA |

### NOTICE OF REMOTE DEPOSITION OF FABIA GOZZO, PH.D.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Defendant Sun Pharmaceutical Industries Ltd., by and through its counsel, will take the deposition upon oral examination of Fabia Gozzo, Ph.D. ("the Witness") remotely on July 2, 2021 at 6:30 a.m. EST by video or other means, or as otherwise mutually agreed upon by counsel.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths[1] and be recorded by stenographic means, and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

---

[1] The court reporter may administer the oath and take testimony without being in the presence of the Witness, so long as the officer or other person before whom the deposition is to be taken can both see and hear the Witness by audio-video communication equipment or technology for purposes of positively identifying the Witness.

| | |
|---|---|
| OF COUNSEL:<br>Charles B. Klein<br>Jovial Wong<br>Claire A. Fundakowski<br>**WINSTON & STRAWN LLP**<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000<br>cklein@winston.com<br>jwong@winston.com<br>cfundakowski@winston.com<br><br>J.R. McNair<br>Jason Z. Pesick<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>jmcnair@winston.com<br>jpesick@winston.com<br><br>Dated July 1, 2021 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>*/s/ Samantha G. Wilson*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant/Counterclaim*<br>*Plaintiff Sun Pharmaceutical Industries Ltd.* |

## CERTIFICATE OF SERVICE

I, Samantha G. Wilson, Esquire, hereby certify that on July 1, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on July 1, 2021, I caused a copy of the foregoing document to be served upon the following counsel by electronic mail:

Michael P. Kelly
Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Alexander S. Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Jingyuan Luo
Elise M. Baumgarten
Jihad J. Komis
Sarahi Uribe
Vanessa O. Omoroghomwan
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com

        jluo@wc.com
        ebaumgarten@wc.com
        jkomis@wc.com
        suribe@wc.com
        vomoroghomwan@wc.com

*Attorneys for Merck Sharp & Dohme Corp.*

Dated: July 1, 2021　　　　　　　　YOUNG CONAWAY STARGATT &
　　　　　　　　　　　　　　　　　TAYLOR, LLP

　　　　　　　　　　　　　　　　　*/s/ Samantha G. Wilson*
　　　　　　　　　　　　　　　　　Anne Shea Gaza (No. 4093)
　　　　　　　　　　　　　　　　　Samantha G. Wilson (No. 5816)
　　　　　　　　　　　　　　　　　Rodney Square
　　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　(302) 571-6600
　　　　　　　　　　　　　　　　　agaza@ycst.com
　　　　　　　　　　　　　　　　　swilson@ycst.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendant/Counterclaim Plaintiff Sun Pharmaceutical Industries Ltd.*