IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., *Defendants*. | C.A. No. 20-949-RGA C.A. No. 20-1099-RGA |

**DEFENDANTS AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC.'S NOTICE TO TAKE VIRTUAL DEPOSITION OF STEPHEN R. LITTLE**

**PLEASE TAKE NOTICE**, pursuant to Federal Rule of Civil Procedure 30, Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc., by and through their counsel, shall take the oral deposition of Steven R. Little. The deposition will commence at 9:00 a.m. (eastern) on Wednesday, July 14, 2021 via Zoom.

The deposition shall take place before a court reporter, notary public, or other person authorized by law to administer oaths, and will continue until complete. The deposition will be recorded by stenographic means and on videotape. The deposition transcript and/or videotape may be used at an evidentiary hearing or trial in accordance with the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

Dated: July 2, 2021

|  |  |
|---|---|
| OF COUNSEL: | SMITH, KATZENSTEIN & JENKINS LLP |
| | */s/ Eve H. Ormerod* |
| Steven J. Moore | Eve H. Ormerod (No. 5369) |
| James E. Nealon | 1000 West Street, Suite 1501 |
| WITHERS BERGMAN LLP | Wilmington, DE 19801 |
| 1700 East Putnam Avenue, Suite 400 | (302) 652-8400 |
| Greenwich, CT 06870-1366 | eormerod@skjlaw.com |
| (203) 302-4100 | |
| steven.moore@withersworldwide.com | *Attorneys for Defendants Aurobindo Pharma* |
| james.nealon@withersworldwide.com | *Limited and Aurobindo Pharma USA, Inc.* |