IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. MYLAN PHARMACEUTICALS INC., *Defendant*. | C.A. No. 19-1489-RGA |

## NOTICE OF REMOTE DEPOSITIONS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff Merck Sharp & Dohme Corp. ("Merck"), by and through its counsel, will take the depositions upon oral examination of the following individuals on the date and time indicated below, remotely, by video or other means, or as otherwise mutually agreed upon by counsel.

| Deponent | Date & Time | Location |
|---|---|---|
| Michael Crowley, Ph.D. | 07/07/2021 at 10:00 a.m. ET | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 (REMOTE) |
| William C. Schinzer, Ph.D. | 07/09/2021 at 10:00 a.m. ET | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 (REMOTE) |

The depositions will be taken before a court reporter or other person authorized by law to administer oaths and be recorded by stenographic means, and/or sound-and-video means, and will continue from day to day until completed.  You are invited to attend and participate.

Dated: July 6, 2021

                                              **McCARTER & ENGLISH, LLP**

| OF COUNSEL: | */s/ Alexandra M. Joyce* |
|---|---|
| | Michael P. Kelly (#2295) |
| Bruce R. Genderson | Daniel M. Silver (#4758) |
| Jessamyn S. Berniker | Alexandra M. Joyce (#6423) |
| Stanley E. Fisher | Renaissance Centre |
| Alexander S. Zolan | 405 N. King Street, 8th Floor |
| Elise M. Baumgarten | Wilmington, DE 19801 |
| Shaun P. Mahaffy | (302) 984-6300 |
| Anthony H. Sheh | mkelly@mccarter.com |
| Jingyuan Luo | dsilver@mccarter.com |
| Sarahi Uribe | ajoyce@mccarter.com |
| Vanessa O. Omoroghomwan | |
| Jihad Komis* | *Attorneys for Plaintiff* |
| WILLIAMS & CONNOLLY LLP | *Merck Sharp & Dohme Corp.* |
| 725 Twelfth Street, N.W. | |
| Washington, DC 20005 | |
| T: (202) 434-5000 | |
| F: (202) 434-5029 | |
| bgenderson@wc.com | |
| jberniker@wc.com | |
| sfisher@wc.com | |
| azolan@wc.com | |
| ebaumgarten@wc.com | |
| smahaffy@wc.com | |
| asheh@wc.com | |
| jluo@wc.com | |
| suribe@wc.com | |
| vomoroghomwan@wc.com | |
| jkomis@wc.com | |

*\*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).*

2