# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SIGTAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGAA |
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 20-949-RGA <br> C.A. No. 20-1099-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 9, 2021, a true and correct copy Aurobindo Pharma Limited's and Aurobindo Pharma USA, Inc.'s Responses and Objections to the Second Set of Requests for Production and the Second Set of Interrogatories From Plaintiff Merck Sharp & Dohme Corp. was served on the following counsel via email:

Michael P. Kelly
Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Fl.
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

Dated: July 9, 2021

                                                   SMITH, KATZENSTEIN & JENKINS LLP

                                                   */s/ Eve H. Ormerod*
                                                   Eve H. Ormerod (No. 5369)
                                                   1000 West Street, Suite 1501
                                                   Wilmington, DE 19801
                                                   (302) 652-8400
                                                   eormerod@skjlaw.com

                                                   *Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.*