# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | MDL No. 19-2902-RGA<br><br>C.A. Nos.  19-311-RGA<br>19-312-RGA,<br>19-313-RGA,<br>19-314-RGA,<br>19-319-RGA,<br>19-1489-RGA,<br>20-749-RGA,<br>20-815-RGA,<br>20-847-RGA,<br>20-949-RGA,<br>20-1099-RGA,<br>20-1496-RGA |

## NOTICE OF REMOTE DEPOSITION OF LEONARD J. CHYALL, PH.D.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff Merck Sharp & Dohme Corp. ("Merck"), by and through its counsel, will take the deposition upon oral examination of Leonard J. Chyall, Ph.D. remotely on July 23, 2021 at 9:30 a.m. ET by video or other means, or as otherwise mutually agreed upon by counsel.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and be recorded by stenographic means, and/or sound-and-video means, and will continue from day to day until completed.  You are invited to attend and participate.

Dated: July 20, 2021

|  |  |
|---|---|
| OF COUNSEL: | **McCARTER & ENGLISH, LLP** |
|  | */s/ Daniel M. Silver* |
| Bruce R. Genderson | Michael P. Kelly (#2295) |
| Jessamyn S. Berniker | Daniel M. Silver (#4758) |
| Stanley E. Fisher | Alexandra M. Joyce (#6423) |
| Alexander S. Zolan | Renaissance Centre |
| Elise M. Baumgarten | 405 N. King Street, 8th Floor |
| Shaun P. Mahaffy | Wilmington, DE 19801 |
| Anthony H. Sheh | (302) 984-6300 |
| Jingyuan Luo | mkelly@mccarter.com |
| Sarahi Uribe | dsilver@mccarter.com |
| Vanessa O. Omoroghomwan | ajoyce@mccarter.com |
| Jihad Komis* |  |
| WILLIAMS & CONNOLLY LLP | *Attorneys for Plaintiff* |
| 725 Twelfth Street, N.W. | *Merck Sharp & Dohme Corp.* |
| Washington, DC 20005 |  |
| T: (202) 434-5000 |  |
| F: (202) 434-5029 |  |
| bgenderson@wc.com |  |
| jberniker@wc.com |  |
| sfisher@wc.com |  |
| azolan@wc.com |  |
| ebaumgarten@wc.com |  |
| smahaffy@wc.com |  |
| asheh@wc.com |  |
| jluo@wc.com |  |
| suribe@wc.com |  |
| vomoroghomwan@wc.com |  |
| jkomis@wc.com |  |

*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).