# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., <br><br> *Defendants*. | C.A. No. 21-1033-RGA |

## DECLARATION OF SERVICE ON DR. REDDY'S LABORATORIES, LTD.

I, Alexandra M. Joyce, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, and counsel to Plaintiff Merck Sharp & Dohme Corp. in this action.

2. On July 20, 2021, Russell W. Faegenberg, Esq., of Lerner David Littenberg Krumholz & Mentlik LLP, counsel for Defendant Dr. Reddy's Laboratories, Ltd., agreed to accept service of the Complaint and related papers via electronic mail on behalf of Defendant Dr. Reddy's Laboratories, Ltd.

3. On August 4, 2021, I served, via electronic mail, a true and correct copy of the Complaint and related papers on Russell W. Faegenberg, Esq., of Lerner David Littenberg Krumholz & Mentlik LLP, counsel for Defendant Dr. Reddy's Laboratories, Ltd., with a copy to Tedd W. Van Buskirk, Esq. of Lerner David Littenberg Krumholz & Mentlik LLP.

I declare under penalty of perjury that the foregoing is true and correct.

ME1 37158947v.1

| | |
|---|---|
| Dated: August 4, 2021 | MCCARTER & ENGLISH, LLP |
| *Of Counsel:* | /s/ *Alexandra M. Joyce* |
| | Michael P. Kelly (#2295) |
| Bruce R. Genderson | Daniel M. Silver (#4758) |
| Jessamyn S. Berniker | Alexandra M. Joyce (#6423) |
| Stanley E. Fisher | Renaissance Centre |
| Alexander S. Zolan | 405 North King Street, 8th Floor |
| Elise M. Baumgarten | Wilmington, DE 19801 |
| Shaun P. Mahaffy | (302) 984-6300 |
| Anthony H. Sheh | mkelly@mccarter.com |
| Jingyuan Luo | dsilver@mccarter.com |
| Sarahi Uribe | ajoyce@mccarter.com |
| Vanessa O. Omoroghomwan | |
| Jihad Komis* | *Attorneys for Plaintiff* |
| WILLIAMS & CONNOLLY LLP | *Merck Sharp & Dohme Corp.* |
| 725 Twelfth Street, N.W. | |
| Washington, DC 20005 | |
| T: (202) 434-5000 | |
| F: (202) 434-5029 | |
| bgenderson@wc.com | |
| jberniker@wc.com | |
| sfisher@wc.com | |
| azolan@wc.com | |
| ebaumgarten@wc.com | |
| smahaffy@wc.com | |
| asheh@wc.com | |
| jluo@wc.com | |
| suribe@wc.com | |
| vomoroghomwan@wc.com | |
| jkomis@wc.com | |

*Admitted only in Michigan. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).