

Cortlan S. Hitch
302.888.6988
chitch@morrisjames.com

August 6, 2021

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Unit 9
Wilmington, DE  19801

Re:   *In re Sitagliptin Phosphate ('708 & '921) Patent Litigation,*
         Civil Action Nos. 19-md-2902-RGA, 19-1489-RGA

Dear Judge Andrews:

     I write on behalf of Plaintiff Merck and Defendant Mylan regarding transferring the Mylan matter back to West Virginia. Counsel for Merck and Mylan have conferred pursuant to Your Honor's direction at the July 2, 2021 status conference and submit herewith a Stipulation and Proposed Suggestion of Remand for consideration. The parties are available at the Court's convenience if Your Honor has any questions or concerns.

                                                          Respectfully,

                                                          */s/ Cortlan S. Hitch*

                                                          Cortlan S. Hitch (#6720)
                                                          chitch@morrisjames.com

cc: All counsel of record (via CM/ECF and electronic mail)