IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. MYLAN PHARMACEUTICALS INC., *Defendant*. | C.A. No. 19-1489-RGA |

**SUGGESTION OF REMAND ORDER**

The Court, having reviewed the records of the case *Merck Sharp & Dohme Corp. v. Mylan Pharmaceuticals, Inc., et al.*, Civil Action No. 19-cv-1489 (D. Del.) and In re Sitagliptin Phosphate ('708 & '921) Patent Litigation, Civil Action No. 19-md-2902-RGA, finds and rules as follow:

(1) Common discovery and other coordinated pretrial proceedings have been completed.

(2) The case will not benefit from further coordinated proceedings as part of MDL No. 2902, and is ready to be remanded to its respective transferor jurisdiction.

Pursuant to Rule 7.6 of the Rules of the Judicial Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order back to *Merck Sharp & Dohme Corp. v. Mylan Pharmaceuticals, Inc., et al.*, Civil Action No. 19-cv-00101 (N.D.W. Va.)

The Clerk is **ORDERED** to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

DATED this __6__ day of __August__, 2021

/s/ Richard G. Andrews
**UNITED STATES DISTRICT JUDGE**