

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

September 23, 2021

<u>**VIA CM/ECF**</u>
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6325, Unit 9
Wilmington, DE 19801-3555

   Re: *In re Sitagliptin Phosphate ('708 & '921) Patent Litigation,* C.A. Nos. 19-md-2902-RGA, 19-312-RGA, 19-313-RGA, 19-314-RGA, 19-319-RGA, 20-749-RGA, 20-847-RGA, 20-949-RGA, & 20-1099-RGA

Dear Judge Andrews,

 I write on behalf of the parties jointly in response to Your Honor's September 22, 2021 Oral Order. At present, the parties do not anticipate anyone other than Dr. Buckton testifying by remote means. Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All Counsel of Record (via CM/ECF and E-Mail)

ME1 37568116v.1