**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGA |

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD., <br><br> *Defendants*. | C.A. No. 21-315-RGA |

<u>**NOTICE OF DEPOSITIONS**</u>

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1),

Plaintiff Merck Sharp & Dohme Corp. ("Merck"), will take the deposition upon oral examination

of the following individuals on the date and time and at the location indicated below, or as

otherwise mutually agreed upon by counsel:

| Deponent | Date & Time | Location |
|---|---|---|
| Amar Desai | 3/16/2022 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Dr. Kumar K. Singh | 3/18/2022 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Dr. Chintan Dholakia | 3/21/2022 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

ME1 39710694v.1

| G. Srinivas | 3/23/2022 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |
| Dr. Kirtipalsinh Solanki | 3/25/2022 at 9:30 a.m. EST | Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 |

The deposition will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed.  You are invited to attend and participate.

Dated: February 25, 2022

McCARTER & ENGLISH, LLP

OF COUNSEL:

Bruce R. Genderson
Stanley E. Fisher
Elise M. Baumgarten
Alexander S. Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Sarahi Uribe
Vanessa Omoroghomwan
Jihad Komis
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
sfisher@wc.com
ebaumgarten@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
suribe@wc.com
vomoroghomwan@wc.com
jkomis@wc.com

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme Corp.*

2