# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, v. ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD., *Defendants*. | C.A. No. 21-315-RGA |
| MERCK SHARP & DOHME CORP., *Plaintiff*, MANKIND PHARMA LTD. and LIFESTAR PHARMA LLC, *Defendants*. | C.A. No. 22-444-RGA |

**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF AND AMEND CASE CAPTION**

Having considered the Motion to Substitute Plaintiff and Amend Case Caption, and pursuant to Fed. R. Civ. P. 17 and 25(c), IT IS HEREBY ORDERED that:

1. Merck Sharp & Dohme LLC is substituted for Merck Sharp & Dohme Corp. as the plaintiff in this action.

ME1 40924318v.1

2. The case captions for these actions shall be amended to remove Merck Sharp & Dohme Corp., and add Merck Sharp & Dohme LLC.

The new caption for the Zydus action (C.A. 21-315-RGA) shall be as follows:

| | |
|---|---|
| MERCK SHARP & DOHME LLC,<br><br>    *Plaintiff*,<br><br> v.<br><br>ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD.,<br><br>    *Defendants*. | C.A. No. 21-315-RGA |

The new caption for the Mankind action (C.A. 22-444-RGA) shall be as follows:

| | |
|---|---|
| MERCK SHARP & DOHME LLC,<br><br>    *Plaintiff*,<br><br>MANKIND PHARMA LTD. and LIFESTAR PHARMA LLC,<br><br>    *Defendants*. | C.A. No. 22-444-RGA |

  June 21, 2022            /s/ Richard G. Andrews
DATE                  UNITED STATES DISTRICT JUDGE