IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME LLC,<br><br>*Plaintiff*,<br><br>MANKIND PHARMA LTD. and LIFESTAR PHARMA LLC,<br><br>*Defendants*. | C.A. No. 22-444-RGA |

**DECLARATION OF SERVICE OF MANKIND PHARMA LTD.**

I, Daniel M. Silver, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiff Merck Sharp & Dohme LLC[1] in this action.

2. Defendant Mankind Pharma Ltd. is a corporation organized and existing under the laws of India, having a principal place of business at 208 Okhla Industrial Estate, Phase III, New Delhi, India 110020.

3. Defendant Mankind Pharma Ltd. has designated Jay P. Lessler of Blank Rome LLP 1271 Avenue of the Americas, New York, NY 10020, as an authorized agent for service of process.

4. On June 17, 2022, a true and correct copy of the Complaint and related papers were sent by Federal Express overnight delivery pursuant to 10 *Del. C.* § 3104 to Defendant Mankind

---

[1] On June 21, 2022, the Court granted Plaintiff's Unopposed Motion to Substitute Plaintiff and Amend Case Caption to substitute Merck Sharp & Dohme LLC for Merck Sharp & Dohme Corp. as the plaintiff in this action.

Pharma Ltd. c/o Jay P. Lessler of Blank Rome LLP, 1271 Avenue of the Americas, New York, NY 10020. *See* Exhibit A.

5. On June 21, 2022, I received notification that such documents were received on June 21, 2022. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: June 27, 2022 | MCCARTER & ENGLISH, LLP |
| | By: /s/ *Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Bruce R. Genderson | Renaissance Centre |
| Stanley E. Fisher | 405 N. King Street, 8th Floor |
| Elise M. Baumgarten | Wilmington, Delaware 19801 |
| Alexander S. Zolan | (302) 984-6300 |
| Shaun P. Mahaffy | dsilver@mccarter.com |
| Anthony H. Sheh | ajoyce@mccarter.com |
| Sarahi Uribe | |
| Vanessa Omoroghomwan | *Attorneys for Plaintiff Merck Sharp &* |
| Jihad Komis | *Dohme LLC* |
| Williams & Connolly LLP | |
| 680 Maine Avenue SW | |
| Washington DC 20024 | |
| T: (202) 434-5000 | |
| F: (202) 434-5029 | |
| bgenderson@wc.com | |
| sfisher@wc.com | |
| ebaumgarten@wc.com | |
| azolan@wc.com | |
| smahaffy@wc.com | |
| asheh@wc.com | |
| suribe@wc.com | |
| vomoroghomwan@wc.com | |
| jkomis@wc.com | |

ME1 41200154v.1