# EXHIBIT A



**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

June 17, 2022

**VIA FEDERAL EXPRESS (OVERNIGHT DELIVERY)**

Mankind Pharma Ltd.
c/o Jay P. Lessler
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020

Re:   *Merck Sharp & Dohme Corp. v. Mankind Pharma Ltd., et al.,*
      *C.A. No. 22-444-RGA (D. Del. Filed April 4, 2022)*

Dear Mr. Lessler,

Enclosed please find copies of the Summons, Complaint and related papers in the above-referenced matter. These documents are being served herewith on Mankind Pharma Ltd. pursuant to 10 *Del. C.* § 3104.

Pursuant to 10 *Del. C.* § 3104(g), the time for Mankind Pharma Ltd. to serve a response to the Complaint shall be computed from the date of the mailing of this letter.

Very truly yours,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

DMS/ksf

Enclosures

ME1 41117963v.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| MERCK SHARP & DOHME CORP.<br><br>*Plaintiff(s)*<br><br>v.<br><br>MANKIND PHARMA LTD. and<br>LIFESTAR PHARMA LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MANKIND PHARMA LTD.
c/o Jay P. Lessler
Blank Rome LLP
New York, NY 10020
jay.lessler@blankrome.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
McCarter & English, LLP
Daniel M. Silver, Esq.
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT B



(https://www.fedex.com/en-us/home.html)

| 6:23 PM | NEW CASTLE, DE | Picked up |
| 8:47 AM | | Shipment information sent to FedEx |

Expand History

## Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 578308768109 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |
| **DELIVERED TO** | **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** |
| Mailroom | 1 | 0.5 lbs / 0.23 kgs |
| **TERMS** | **DEPARTMENT NUMBER** | **SHIPPER REFERENCE** |
| Shipper | SOP | McCarter |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **SHIP DATE** |
| FedEx Envelope | Deliver Weekday, Adult Signature Required | 6/20/22 |
| **SIGNATURE SERVICES** | **STANDARD TRANSIT** | **ACTUAL DELIVERY** |
| Adult signature required | 6/21/22 before 10:30 am | 6/21/22 at 11:48 am |

**OUR COMPANY**
About FedEx(https://www.fedex.com/en-us/about.html)
Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)
Investor Relations(https://investors.fedex.com/home/default.aspx)
Careers(https://careers.fedex.com/fedex/)
FedEx Blog(https://www.fedex.com/en-us/blog.html)
Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**
FedEx Compatible(https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics(https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

(https://www.fedex.com/en-us/home.html)

 (https://twitter.com/fedex)     (https://www.instagram.com/fedex/)     (https://www.linkedin.com/company/fedex)

 (https://www.youtube.com/fedex)     (https://www.pinterest.com/FedEx/)

© FedEx 1995-2022

Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)