# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD.,<br><br>*Defendants*. | C.A. No. 21-315-RGA |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **(1) Expert Reply Report of Adam J. Matzger, Ph.D. Regarding Zydus's Infringement of U.S. Patent No. 7,326,708 and (2) Expert Reply Report of David Macmillan, Ph.D. Regarding Zydus's Infringement of U.S. Patent No. 7,326,708** were caused to be served on August 8, 2022 upon the following counsel in the manner indicated:

## VIA EMAIL

John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

ME1 41849720v.1

                Michael J. Gaertner
                Carolyn A. Blessing
                Timothy F. Peterson
                Jonathan B. Turpin
                Leah Brackensick
                LOCKE LORD LLP
                111 South Wacker Drive
                Chicago, IL 60606
                (312) 443-0700
                mgaertner@lockelord.com
                cblessing@lockelord.com
                tpeterson@lockelord.com
                jonathan.turpin@lockelord.com
                leah.brackensick@lockelord.com

*Attorneys for Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Cadila Healthcare Ltd.*

Dated: August 8, 2022

| OF COUNSEL: | MCCARTER & ENGLISH, LLP |
|---|---|
| | |
| Bruce R. Genderson | */s/ Alexandra M. Joyce* |
| Stanley E. Fisher | Daniel M. Silver (#4758) |
| Elise M. Baumgarten | Alexandra M. Joyce (#6423) |
| Alexander S. Zolan | Renaissance Centre |
| Shaun P. Mahaffy | 405 N. King Street, 8th Floor |
| Anthony H. Sheh | Wilmington, DE 19801 |
| Sarahi Uribe | T: (302) 984-6300 |
| Vanessa Omoroghomwan | dsilver@mccarter.com |
| Jihad Komis | ajoyce@mccarter.com |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue SW | *Attorneys for Plaintiff* |
| Washington DC 20024 | *Merck Sharp & Dohme Corp.* |
| T: (202) 434-5000 | |
| bgenderson@wc.com | |
| sfisher@wc.com | |
| ebaumgarten@wc.com | |
| azolan@wc.com | |
| smahaffy@wc.com | |
| asheh@wc.com | |
| suribe@wc.com | |
| vomoroghomwan@wc.com | |
| jkomis@wc.com | |