# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC., and CADILA HEALTHCARE LTD, <br><br> *Defendants*. | C.A. No. 21-cv-00315-RGA |

## ORDER

At Wilmington, this ___23rd___ day of ___August___, 2022, the Court having considered the Unopposed Motion to Change Name of Defendant Cadila Healthcare Limited and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that Zydus Lifesciences Limited is substituted for Cadila Healthcare Limited as a defendant in the above-captioned action.

IT IS FURTHER ORDERED that the caption is amended as follows:

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> *Defendants*. | C.A. No. 1:21-cv-00315-RGA |

/s/ Richard G. Andrews
_____
UNITED STATES DISTRICT JUDGE