# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | MDL No. 19-2902-RGA |
| MERCK SHARP & DOHME LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD.,<br><br>*Defendants*. | C.A. No. 21-315-RGA |

## STIPULATION AND [PROPOSED] ORDER

This stipulation is made by and between Plaintiff Merck Sharp & Dohme LLC ("Merck") and Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Ltd. (collectively, "Zydus").

WHEREAS, the parties desire to streamline the issues in the present case;

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court that:

1.  Merck and Zydus will be bound by any ruling related to the validity of claims 21 or 22 of U.S. Patent No. 7,326,708 (the "'708 patent") in *Mylan Pharms. Inc. v. Merck Sharp & Dohme Corp.*, No. 21-2121 (Fed. Cir.), any other appeal from a Final Written Decision in IPR2020-00040, or any Final Written Decision in IPR2020-00040 from which an appeal is not taken and will not otherwise present any other evidence or argument regarding the validity of claims 21 and 22 of the '708 patent in the present case.

ME1 42138796v.1

Dated: August 31, 2022

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **PHILLIPS MCLAUGHLIN & HALL, P.A.** |
| */s/ Alexandra M. Joyce* | */s/ John C. Phillips, Jr.* |
| Daniel M. Silver (#4758) | John C. Phillips, Jr. (No. 110) |
| Alexandra M. Joyce (#6423) | David A. Bilson (No. 4986) |
| Renaissance Centre | 1200 North Broom Street |
| 405 N. King Street, 8th Floor | Wilmington, DE 19806 |
| Wilmington, DE 19801 | (302) 655-4200 |
| (302) 984-6300 | jcp@pmhdelaw.com |
| dsilver@mccarter.com | dab@pmhdelaw.com |
| ajoyce@mccarter.com | |
| | Michael J. Gaertner |
| Bruce R. Genderson | David B. Abramowitz |
| Stanley E. Fisher | Carolyn A. Blessing |
| Elise M. Baumgarten | Timothy F. Peterson |
| Alexander S. Zolan | Jonathan B. Turpin |
| Shaun P. Mahaffy | Leah M. Brackensick |
| Anthony H. Sheh | |
| Sarahi Uribe | LOCKE LORD LLP |
| Vanessa O. Omoroghomwan | 111 South Wacker Drive |
| Jihad Komis | Chicago, IL 60606 |
| WILLIAMS & CONNOLLY LLP | (312) 443-0700 |
| 680 Maine Avenue SW | mgaertner@lockelord.com |
| Washington, DC 20024 | dabramowitz@lockelord.com |
| T: (202) 434-5000 | cblessing@lockelord.com |
| | tpeterson@loceklord.com |
| *Attorneys for Plaintiff* | jonathan.turpin@lockelord.com |
| *Merck Sharp & Dohme LLC* | leah.brackensick@lockelord.com |
| | |
| | *Attorneys for Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited* |

**IT IS SO ORDERED this** 31 **day of** August **, 2022.**

/s/ Richard G. Andrews
**UNITED STATES DISTRICT JUDGE**