# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME LLC, *Plaintiff*, v. ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED, *Defendants*. | C.A. No. 21-315-RGA |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(2)

Merck Sharp & Dohme LLC (hereinafter "Merck"), and Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited, formerly known as Cadila Healthcare Ltd., (hereinafter collectively "Zydus"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in the Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate to the following:

1. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

We hereby consent to the form and entry of this Order:

Dated: 12/9/2022

/s/ Richard G. Andrews
**UNITED STATES DISTRICT JUDGE**

ME1 43607662v.1

Dated: December 9, 2022

<table>
<tr><td>

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T: (302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Bruce R. Genderson
Stanley E. Fisher
Elise M. Baumgarten
Alexander S. Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Sarahi Uribe
Vanessa Omoroghomwan
Jihad Komis
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington DC 20024
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
sfisher@wc.com
ebaumgarten@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
suribe@wc.com
vomoroghomwan@wc.com
jkomis@wc.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme LLC*

</td><td>

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

OF COUNSEL:

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com

*Attorneys for Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited*

</td></tr>
</table>