IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME LLC, *Plaintiff*, v. LAURUS LABS LIMITED and LAURUS GENERICS INC. *Defendants*. | C.A. No. 22-1348-RGA |

**CONSENT JUDGMENT**

Merck Sharp & Dohme LLC (hereinafter "Merck"), Laurus Labs Limited, and Laurus Generics (hereinafter collectively "Laurus"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this ____ day of _____, 2022:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Laurus Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug

ME1 43771467v.1

Application No. 216886 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patent" shall mean United States Patent Number 7,326,708; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Laurus; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Laurus, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Laurus Product in or for the United States.

4. Compliance with this Consent Judgment may be enforced by Merck and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Richard G. Andrews, U.S.D.J.

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ *Alexandra M. Joyce* | /s/ *Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | 300 Delaware Avenue, Suite 200 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 472-7300 |
| Wilmington, Delaware 19801 | dgattuso@hegh.law |
| (302) 984-6300 | |
| dsilver@mccarter.com | Jovial Wong |
| ajoyce@mccarter.com | WINSTON & STRAWN LLP |
| | 1901 L. Street, N.W. |
| Bruce R. Genderson | Washington, D.C. 20036 |
| Jessamyn S. Berniker | (202) 282-5867 |
| Stanley E. Fisher | |
| Alexander S. Zolan | *Attorneys for Laurus Labs Ltd. and Laurus Generics Inc.* |
| Elise M. Baumgarten | |
| Shaun P. Mahaffy | |
| Anthony H. Sheh | |
| Sarahi Uribe | |
| Vanessa Omoroghomwan | |
| Jihad Komis | |
| WILLIAMS &CONNOLLY LLP | |
| 680 Maine Avenue SW | |
| Washington DC 20024 | |
| T: (202) 434-5000 | |

*Attorneys for Plaintiff Merck Sharp & Dohme LLC*